# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15CV48 ERW |
| | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's notice of serious medical need. Plaintiff says he has untreated Stage Three neuroendocrine lung cancer, and he asks the Court "to help save his life." The Court construes the notice as a motion for injunctive relief.

In his complaint, plaintiff alleged that he has a demyelinating problem in his lower extremities. He said the prison doctors were wrongly treating him for multiple sclerosis, which was causing him further irreparable damage. Plaintiff did not allege that he had cancer that needed treatment.

"A court issues a preliminary injunction in a lawsuit to preserve the status quo and prevent irreparable harm until the court has an opportunity to rule on the lawsuit's merits. Thus, a party moving for a preliminary injunction must necessarily establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint." *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994). In this case, there is no relationship between the injury claimed in the motion and the conduct asserted in the complaint. As a result, the motion must be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to docket plaintiff's notice of serious medical need [ECF No. 18] as a motion for injunctive relief.

**IT IS FURTHER ORDERED** that plaintiff's motion for injunctive relief is **DENIED**.

So Ordered this 16th day of September, 2015.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE