RECEIVED
DEC 31 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

TERRY M. TURNER, )
 )
 Plaintiff, )
 )
 ) No. 2:15CV48 ERW
v. )
 )
GEORGE A. LOMBARDI, et al., )
 )
 DEFENDANTS. )

<u>MEMORANDUM TO THE CLERK OF THE COURT</u>

Re: Court Order dated December 10th, 2015

    Please find enclosed an additional list of persons having knowledge or information of the facts giving rise to plaintiff's claim, including addresses.

ADDITIONAL WITNESSES

    Sudhir Batchu (Doctor) Columbia, Missouri

    Mid-Missouri Medical Kent Mcnutt Do/lae

    Technician Damo2 #EC Dalana A. Mark - Bonne Terre, Mo (Doctor) Negative MRI of the brain

    MRI of Plaintiff's Brain - Doctor Greg Cizek - Vista Imaging of Jefferson County - 1301 YMCA Drive, Suite 600, Festus, Mo 63028 Phone:(636) 931-8500

ADDITIONAL DOCUMENT

    Negative MRI Of The Brain dated 10/17/07

    Respectfully submitted,

    */s/ Terry M. Turner*
    TERRY M. TURNER - PLAINTIFF

Dated: December 29, 2015

1

```
AFS923A                    COMPLETE MEDICAL RECORD HISTORY                PAGE:    135
DOC ID       OFFENDER
00524435     TERRY M TURNER
***** TEST RESULTS CONTINUATION FROM PREVIOUS PAGE *****
SEEN IN BOTH FRONTAL LOBES.  THERE ARE VERY SMALL DEPOSITS BI    20081124 124214
LATERALLY.  THESE ARE ALL LESS THAN 5MM IN SIZE.  THE PATTERN    20081124 124215
AND DISTRIBUTION IS VERY SIMILAR TO THE PREVIOUS VIEWS OF        20081124 124215
10/17/07.  THESE AREAS DO NOT ENHANCE WITH CONTRAST.  THE        20081124 124215
ORBITS, SELLA AND SUPRASELLAR CISTERNS ARE NORMAL.               20081124 124215
THE INTERNAL AUDITORY CANALS ARE NORMAL.  THERE IS NO            20081124 124616
ABNORMAL CONTRAST ENHANCEMENT.                                   20081124 124616
IN GENERAL, THERE IS NO CHANGE IN THE POSTERIOR FOSSA.           20081124 124616
IMPRESSION:                                                      20081124 124616
1. BILATERAL PERIVENTRICULAR WHITE MATTER AREAS OF DEMYE-        20081124 124616
LINIZATION SIMILAR TO 10/17/07.                                  20081124 124616
2. NO UNUSUAL CONTRAST ENHANCEMENT.                              20081124 124616
3. OTHERWISE NEGATIVE MRI OF THE BRAIN.                          20081124 124616
DANIEL ABODEELY, MD                                              20081124 124616
EXAM ON CD                                                       20081124 124859

TECHNICIAN   DAM02#EC     DALANA A MAUK

SPECIFIC CHARTING INFORMATION
11/19/2008
  Xrays Initiation MSR filed                                     20081124 123622

MSR DATE     TIME     COMPLAINT    ******************************************
11/26/2008 08:30 A MH - GROUP ENCOUNTER

SPECIFIC CHARTING INFORMATION
11/26/2008
  Technician/MH   encounter MSR filed                            20081125 082433

MSR DATE     TIME     COMPLAINT    ******************************************
12/01/2008 12:50 P TE # 19

DOCTOR ENCOUNTER APPOINTMENT DATE   12/08/2008   TIME 07:45 A SHOW UP Y   ERDCC
SUBJECTIVE
 PATIENT HAS LAWYER VISIT DURING APPT TIME.  never had a lawyer visit  20081208 143340
OBJECTIVE                                    (T.T.)
 N/A                                                             20081208 143341
ASSESSMENT
 N/A                                                             20081208 143341
PLAN
 WILL REAPPOINT.                                                 20081208 143341

DOCTOR       TML00#EC     TONYA M LONG

SPECIFIC CHARTING INFORMATION
12/08/2008
  Doctor/Dentist encounter MSR filed                             20081201 125115
```

NEXT Page

Corizon   0137



VERIFICATION 28 U.S.C. SECTION 1746 CERTIFICATION OF SERVICE

Plaintiff being first duly sworn upon his oath deposes and states under the penalties of perjury as permitted and authorized by 28 U.S.C. Section 1746 that the facts contained in this foregoing are true and correct to the best of plaintiff's personal knowledge and belief. That this foregoing was placed in the institutional mail this 29th day of December, 2015, to the Clerk of the United States District Court, Northern Division, Eastern District of Missouri, 111 S. Tenth Street, St. Louis, Missouri 63102, and to be served on the Defendants Counsel Ms. Jessica L. Liss #51331 MO, 7733 Forsyth Boulevard, Suite 600, St. Louis, Mo 63105 by the Clerk of the Court through CM/ECF filing upon receipt of this foregoing.

_____
TERRY M. TURNER

TERRY M. TURNER #524435
HOUSING UNIT 6C-131
NORTHEAST CORRECTIONAL CENTER
13698 AIRPORT ROAD
BOWLING GREEN, MO 63334

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

"LEGAL MAIL"

Mailed from:
Northeast
Correctional Center

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION
111 S. TENTH STREET
ST. LOUIS, MO 63102

6310211 2325

RECEIVED
DEC 31 2015
BY MAIL