UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

TERRY M. TURNER )
  Plaintiff )
 )  Case No: 2:15-cv-00048-ERW
vs. )
 )
GEROGER LOMBARDI et al., )
  Defendants )
 ) DATE: 07-11-2016

## MOTION FOR APPOINMENT of COUNSEL.

Pursuant to 28 U.S.C. § 1915 (e)(1) plaintiff moves for an order appointing Counsel to represent him in this case. In support of this motion, plaintiff states:

(1) Plaintiff is unable to afford Counsel. He has requested leave to proceed in forma pauperis.

(2) Plaintiff has limited knowledge of the law. Plaintiff was moved to ERDCC in Bonne Terre Missouri and plaintiff has no help on his legal work.
Plaintiff is going out for cancer treatment

Radiation therapy of his Brain, which will ~~cause~~ Couse plaintiff to be veary sick.

(3) plaintiff has ask this court for a "JURY TRIAL DEMANDED", and a Counsl would better enable plaintiff to present evidence and cross examine witnesses.

(4) plaintiff has made repeated efforts to abtain a lawyer still today, by calling
Perald L. Gab (314) 367-4878,
Ms. Doreen Graham (314) 899-5048
Diablo Gonzalez (573) 424-7875
Paul L. Schmitz (314) 621-9556
Tony Bruning in St. Louis, Mo
and
plaintiff has even sent letter to ACLU in St. Louis, Missouri.
Still No one will help plaintiff.

WHEREFORE, plaintiff request that this Court will appoint Counsel to hem, on this case.  Terry M. Turner
DATE: 07-11-2016
TERRY M. TURNER #524435-3D-110 ERDCC 2727 HWY K, Bonne Terre, Mo.
      2                                                              63628

TERRY M. TURNER
524435-3D-110
ERDCC 2727 HWY K.
Bonne Terre, Missouri, 63628

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

SAINT LOUIS MO 630
11 JUL 2016 PM 8 L

LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION
111 South Tenth Street
St. Louis, Missouri. 63102

RECEIVED
JUL 13 2016
BY MAIL